IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Petitioner, | ) ) ) | CIVIL ACTION NO. 1:10-mi-00172-JOF-SSC |
| v. | ) ) ) | |
| ELISEO CASTRO, | ) ) | |
| Respondent. | ) ) | |

## VOLUNTARY DISMISSAL

COMES NOW Petitioner, the United States of America, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1, prior to Respondent having filed an answer or any other pleading in this case and prior to Respondent having been served with the Court's Order to Show Cause, hereby files its Voluntary Dismissal Without Prejudice.

This 15th day of October, 2010.

                          Respectfully submitted,

                          SALLY QUILLIAN YATES
                          UNITED STATES ATTORNEY


                            /s/ Darcy F. Coty
                          DARCY F. COTY
                          ASSISTANT U.S. ATTORNEY
                          Georgia Bar No. 259280
                          600 Richard B. Russell Bldg.
                          75 Spring Street, SW
                          Atlanta, Georgia 30303
                          (404) 581-6043 tel
                          (404) 581-6150 fax
                          darcy.coty@gmail.com